**Deny and Opinion Filed this 30th day of June, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00764-CV

### IN RE JORGE BARROQUIN, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1353472**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice Lang

Relator filed this petition for writ of mandamus seeking to compel the trial court to grant relator a personal recognizance bond or reduce bail in response to his petition for pretrial writ of habeas corpus. The facts and issues are well known to the parties so we do not recount them here. This Court has not been given general supervisory control over district and county courts. *Texas Emp. Ins. Ass'n v. Kirby*, 150 S.W.2d 123, 126 (Tex. Civ. App.— Dallas 1941, no writ); *see also Guillory v. Davis*, 527 S.W.2d 465, 466 (Tex. Civ. App.— Beaumont 1975, no writ). In a criminal case, an applicant for mandamus relief must establish that he has no adequate remedy at law to redress the harm he has suffered, and he must show that the act he seeks to compel or prohibit does not involve a discretionary or judicial decision. *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009). The record before the Court does not show that relator has met this burden. *See* TEX. R. APP. P. 52.8(a).

Accordingly, the Court **DENIES** the petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

140764F.P05